**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

*Christian H. Carrara*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*

*Main: (856) 757-5026*
*Direct: (973) 494-6933*
*christian.carrara2@usdoj.gov*

October 29, 2026

**Via Electronic Filing**
Honorable Katharine S. Hayden, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: *Gutierrez Pedrozo v. Rokosky, et al.*, No. 26-cv-13899**
**Petitioner's Bond Hearing and Request for Extension**

Dear Judge Hayden:

This Office represents Respondents in this habeas matter. We write pursuant to the Court's October 26, 2026 Order, ECF 2, to confirm that Petitioner was scheduled for a bond hearing on October 29, 2026. *See* Ex. A. U.S. Immigration and Customs Enforcement ("ICE") has informed this Office that the hearing was rescheduled for November 5, 2026. *See* Ex. B. Accordingly, Respondents request an extension until November 6, 2026, to submit a letter update concerning the status of Petitioner's bond hearing.

We thank the Court for its attention to this matter.

Respectfully submitted,

SO ORDERED this day of October 30, 2026
s/Katharine S. Hayden
Hon. Katharine S. Hayden, USDJ

ROBERT FRAZER
United States Attorney

By: *s/ Christian H. Carrara*
CHRISTIAN H. CARRARA
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of record (via ECF)